# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NELSON DAN TAYLOR, JR.

VERSUS

JEFF LANDRY, GOVERNOR

NO.  2025 CW 0577

**SEPTEMBER 23, 2025**

---

In Re:   Nelson Dan Taylor, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 760878.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**WEF**

**Edwards, J.,** concurs. This court is unable to ascertain whether all necessary filing fee requirements have been met pursuant to the district court pauper order.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT